660 A.2d 510

IN THE MATTER OF MICHAEL L. RUBERTON,
AN ATTORNEY AT LAW.

July 17, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on May 23, 1995, recommending that **MICHAEL L. RUBERTON** of **HAMMONTON,** who was admitted to the bar of this State in 1988, be suspended from the practice of law for a period of three months for gross neglect in the handling of one matter, in

violation of *RPC* 1.1(a), and for failing to disclose the terms of a business transaction with a client, to reduce those terms to writing or to advise the client to seek independent counsel, in violation of *RPC* 1.8(a), and respondent having previously been privately reprimanded for violation of *RPC* 1.8(a), and good cause appearing;

It is ORDERED that **MICHAEL L. RUBERTON** is hereby suspended from practice for a period of three months, effective August 7, 1995, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 governing suspended attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate Administrative Costs incurred in the prosecution of this matter.